UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN DIAZ, on behalf of himself and all others similarly situated,

      Plaintiffs,

-against-

TAXI TOURS INC. d/b/a BIG BUS TOURS,

      Defendant.

Docket No: 1:18-cv-07820-LGS

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff EDWIN DIAZ by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

Dated: Brooklyn, New York
    January 8, 2019

               Respectfully submitted,

               By: _____
               Joseph H. Mizrahi, Esq.
               Cohen & Mizrahi LLP
               300 Cadman Plaza West, 12 Fl.
               Brooklyn, New York 11201
               Phone: (929) 575-4175
               Email: joseph@cml.legal
               *Attorney for Plaintiff*